IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00441-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ENTRY OF DEFAULT |
| v. ) | AS TO CERTAIN ASSETS |
| ) | (FED. R. CIV. P. 55) |
| ABHISHEK KRISHNAN'S REAL AND ) | |
| PERSONAL PROPERTY, ) | |
| ) | |
| Defendants. ) | |

Plaintiff United States of America has requested that default be entered pursuant to Federal Rule of Civil Procedure 55(a) against the following defendant assets in this civil-forfeiture matter: (1) U.S. Currency in the amount of $500,000, formerly held in TD Ameritrade Account *3860; (2) U.S. Currency in the amount of $1,225,778.30, formerly held in Bank of America Account *3846; and (3) U.S. Currency in the amount of $3,140.91, formerly held in Bank of America Account *4234 (the "Defaulted Assets").

Based upon the request and showing of the United States, the claims of Abhishek Krishnan, American Pure Whey, LLC, and US Trade and Exchange, LLC with respect to the Defaulted Assets having been stricken by the Court, and no other verified claim or answer having been received in this forfeiture action *in rem* as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States' request is granted and default is

hereby entered against the Defaulted Assets pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 13. day of October, 2020.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina