IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00441-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ABHISHEK KRISHNAN'S REAL AND PERSONAL PROPERTY | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff United States of America's Motion for Default Judgment (DE 63) against the following assets at issue in this civil-forfeiture action: (1) U.S. Currency in the amount of $500,000, formerly held in TD Ameritrade Account *3860; (2) U.S. Currency in the amount of $1,225,778.30, formerly held in Bank of America Account *3846; and (3) U.S. Currency in the amount of $3,140.91, formerly held in Bank of America Account *4234 (the "Defaulted Property").

It appears from the record that Plaintiff provided direct notice of this *in rem* forfeiture matter to known claimants, including through counsel where applicable, and separately published the requisite notice on an official internet government forfeiture site in accordance with Supplemental Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture (the "Supplemental Rules").

Accordingly, with due notice having been provided by the United States as required under the Supplemental Rules, the Court finds that:

A. Process was duly issued in this cause and the Defaulted Property was duly seized by the United States pursuant to said process;

B. Although certain claimants appeared and filed claims with respect to the Defaulted Property, those claims were stricken by this Court [D.E. 55.]

C. Except for the stricken claims, no other person has filed any claim to the Defaulted Property nor answer to the Plaintiff's Complaint within the time fixed by law and in accordance with the requirements of the Supplemental Rules;

D. On October 13, 2020, and based upon the request and showing of the United States, this Court entered Default with respect to the Defaulted Property in this action at Docket Entry 62; and

E. The well-pled allegations of the Complaint in respect to the Defaulted Property are taken as admitted.

Based upon the above findings, it is hereby

ORDERED that:

1. Default judgment be entered against the Defaulted Property, including the following assets: (1) $500,000, formerly held in TD Ameritrade Account *3860; (2) $1,225,778.30, formerly held in Bank of America Account *3846; and (3) $3,140.91, formerly held in Bank of America Account *4234;

2. All persons claiming any right, title, or interest in or to the said Defaulted Property are held in Default;

3. The Defaulted Property is forfeited to the United States of America;

4. The United States is hereby directed to dispose of the Defendants according to law; and

5. As this order directs final judgment with respect to less than all defendants in this matter, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that entering such judgment at this time is appropriate and there is no just reason for delay.

6. Accordingly, the instant motion is GRANTED, and the clerk is DIRECTED to enter a separate judgment containing enumerated items 1-4 herein, in accordance with Federal Rule of Civil Procedure 58(a).

SO ORDERED this 19th day of October, 2020.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE