UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ABHISHEK KRISHNAN'S REAL AND )<br>PERSONAL PROPERTY: )<br>*Specifically Described As:* )<br>)<br>U.S. CURRENCY IN THE AMOUNT OF )<br>$1,441,813.42 *Formerly held in TF Americtrade* )<br>*Account *3860* )<br>)<br>U.S. CURRENCY IN THE AMOUNT OF )<br>#3,140.91 *Formerly Held in Bank of America* )<br>*Account *4234* )<br>)<br>REAL PROPERTY *Described in Deed Book* )<br>*015780, Pages 01126-01128 of the Wake County* )<br>*Registry, Having a Street Address of 1421* )<br>*Ballyclare Court, Raleigh, NC* )<br>)<br>REAL PROPERTY *Described in Deed Book* )<br>*017211, Pages 01862-01863 of the Wake County* )<br>*Registry, Having the Street Address of 2736 Laurel* )<br>*Cherry Street, Raleigh, NC* )<br>)<br>REAL PROPERTY *Described in Deed Book* )<br>*015037, Page 01218 of the Wake County Registry* )<br>*Having the Street Address of 6205 Cold Water* )<br>*Court, Raleigh, NC* )<br>)<br>Any and all proceeds *From the Sale of Said* )<br>*Properties* )<br>      Defendants. ) | **CONSENT JUDGMENT**<br><br>No. 5:19-CV-441-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the parties motion for entry of consent order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered

February 12, 2021, for the reasons set forth more specifically therein, the consent order is GRANTED and judgment is entered against the entirety of the Disputed TD Ameritrade Funds in the amount of $941,813.42, to be disposed of by the United States Department of Justice according to law.

**This Judgment Filed and Entered on February 12, 2021, and Copies To:**
John E. Harris  (via CM/ECF Notice of Electronic Filing)
Claire Collins Dickerhoff (via CM/ECF Notice of Electronic Filing)
Kenneth R. Murphy, III (via CM/ECF Notice of Electronic Filing)
Collin P. Cook / Elliot Sol Abrams (via CM/ECF Notice of Electronic Filing)

February 12, 2021                    PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk